RICHARD DOYLE, City Attorney (88625)
NORA FRIMANN, Assistant City Attorney (93249)
KATHRYN J. ZOGLIN, Senior Deputy City Attorney (121187)
MATTHEW PRITCHARD, Deputy City Attorney (284118)
Office of the City Attorney
200 East Santa Clara Street, 16th Floor
San José, California  95113-1905
Telephone Number: (408) 535-1900
Facsimile Number:  (408) 998-3131
E-Mail Address:  cao.main@sanjoseca.gov

Attorneys for Defendant CITY OF SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TIMOTHY HAAG, CARLOS GOMEZ, JONATHAN SAVAGE, DAVID ENNES, ALAN GONZALES, and DARREN WALLACE, on behalf of themselves and other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAN JOSE,<br><br>Defendant. | Case Number:  3:18-cv-01270 MMC<br><br>**DEFENDANT CITY OF SAN JOSE'S ANSWER TO COMPLAINT**<br><br>Demand for Jury Trial |

Defendant City of San José (hereinafter "Defendant" or "City"), a municipal corporation, answers the above Plaintiffs' Complaint for Compensation, Liquidated Damages and Other Relief under the Fair Labor Standards Act (hereinafter "Complaint"), and admits, denies, and alleges as follows:

## NATURE OF COMPLAINT

1. Answering Paragraph 1 of the Complaint, Defendant admits the individually named plaintiffs are employees of the City of San José. The remaining allegations state legal conclusions and thus do not require an answer.

## JURISDICTION AND VENUE

2. Answering Paragraph 2 of the Complaint, Defendant admits that the events Plaintiffs allege took place in Santa Clara County. All remaining allegations recite mere legal conclusions and thus do not require an answer.

## INTRADISTRICT ASSIGNMENT

3. Answering Paragraph 3 of the Complaint, Defendant admits that the action arises in Santa Clara County. All remaining allegations recite mere legal conclusions and thus do not require an answer.

4. Answering Paragraph 4 of the Complaint, Defendant admits that the City of San Jose is a political subdivision of the State of California. The remaining allegations state legal conclusions and thus do not require an answer.

## CLAMIS FOR RELIEF UNDER THE FAIR LABOR STANDARDS ACT

5. Answering Paragraph 5 of the Complaint, all allegations therein recite mere legal conclusions and thus do not require an answer.

6. Answering Paragraph 6 of the Complaint, Defendant admits that it has established a 106-hour work period for some employees and a 212-hour work period for others. The remaining allegations state legal conclusions and thus do not require an answer.

7. Answering Paragraph 7 of the Complaint, all allegations therein recite mere legal conclusions and thus do not require an answer.

8. Answering Paragraph 8 of the Complaint, all allegations therein recite mere legal conclusions and thus do not require an answer.

9. Answering Paragraph 9 of the Complaint, Defendant admits that the City of San Jose entered into a Memorandum of Agreement ("MOA") with the International Association of Firefighters ("IAFF"), which represents some City employees. Defendant admits that the MOA contained a provision in which the City would pay relevant employees certain health and dental insurance benefits. Defendant admits that the MOA contains a provision providing that certain qualifying employees may elect to receive a payment in lieu of health and/or dental insurance coverage. Defendant admits that qualifying employees who elected to receive the payments-in-lieu would receive, per pay period, payments of $221.84 for health in-lieu if eligible for family coverage; $89.09 for health in-lieu if not eligible for family coverage; and $19.95 for dental in-lieu. Except as expressly admitted, Defendant denies the allegations of Paragraph 9.

10. Answering Paragraph 10 of the Complaint, Defendant admits that Plaintiffs Haag, Gomez, Savage, Ennes, Gonzalez, and Wallace have been paid payments in-lieu. Defendant is without sufficient information regarding the remaining allegations therein and therefore denies them. Defendant denies any allegation not expressly admitted.

11. Answering Paragraph 11 of the Complaint, Defendant denies the allegations as stated. Defendant admits that it treated health and dental payments-in-lieu the same as health and dental payments generally and so did not include them in calculating employees' regular rate of pay. All remaining allegations recite mere legal conclusions and thus do not require an answer. Except as expressly admitted, Defendant denies the allegations in Paragraph 11.

12. Answering Paragraph 12 of the Complaint, all allegations therein recite mere legal conclusions and thus do not require an answer.

13. Answering Paragraph 13 of the Complaint, Defendant denies every allegation therein.

14. Answering Paragraph 14 of the Complaint, Defendant denies every allegation therein.

# AFFIRMATIVE DEFENSES

As separate and distinct affirmative defenses, Defendant alleges each of the following:

## FIRST AFFIRMATIVE DEFENSE

Plaintiffs' Complaint and each claim therein fails to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

Plaintiffs' Complaint and each claim therein is barred in whole or in part by all applicable statutes of limitations.

## THIRD AFFIRMATIVE DEFENSE

Plaintiffs' Complaint and each claim therein is barred in whole or in part because Plaintiffs failed to exhaust their administrative remedies.

## FOURTH AFFIRMATIVE DEFENSE

Plaintiffs' Complaint and each claim therein is barred in whole or in part by the doctrine of laches.

## FIFTH AFFIRMATIVE DEFENSE

Plaintiffs' Complaint and each claim therein is barred in whole or in part by the doctrine of equitable estoppel.

## SIXTH AFFIRMATIVE DEFENSE

Plaintiffs' Complaint and each claim therein is barred in whole or in part by the doctrine of waiver.

## SEVENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred by res judicata.

## EIGHTH AFFIRMATIVE DEFENSE

Plaintiffs are not entitled to injunctive relief because Plaintiffs have not suffered irreparable harm, nor have they alleged sufficient grounds for equitable relief otherwise.

### NINTH AFFIRMATIVE DEFENSE

Plaintiffs are precluded from the recovery of civil penalties and attorneys' fees.

### TENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims and/or damages are barred to the extent Defendant acted in good faith.

### PRAYER FOR RELIEF

WHEREFORE, the City prays that judgment be entered as follows:

1. Plaintiffs take nothing by the filing of their Complaint;
2. Plaintiffs' Complaint be dismissed with prejudice;
3. The City be awarded its attorneys' fees and costs; and
4. The City be awarded such other and further relief as the Court may deem appropriate.

Respectfully submitted,

Dated: April 26, 2018     RICHARD DOYLE, City Attorney

By:   s/ Matthew Pritchard
      MATTHEW PRITCHARD
      Deputy City Attorney

Attorneys for CITY OF SAN JOSE

### DEMAND FOR JURY TRIAL

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, the City demands trial by jury of all issues in this action so triable.

Respectfully submitted,

Dated: April 26, 2018     RICHARD DOYLE, City Attorney

By:   s/ Matthew Pritchard
      MATTHEW PRITCHARD
      Deputy City Attorney

Attorneys for CITY OF SAN JOSE

## CERTIFICATE OF SERVICE

CASE NAME:   Haag et al. v. City of San Jose

CASE NO.:   3:18-cv-01270-MMC

I, the undersigned declare as follows:

I am a citizen of the United States, over 18 years of age, employed in Santa Clara County, and not a party to the within action. My business address is 200 East Santa Clara Street, San Jose, California 95113-1905, and is located in the county where the service described below occurred.

My electronic service address is: cao.main@sanjoseca.gov & kimberly.ide@sanjoseca.gov

On April 26, 2018 I caused to be served the within:

**DEFENDANT CITY OF SAN JOSE'S ANSWER TO COMPLAINT AND DEMAND FOR JURY TRIAL**

☒ by ELECTRONIC SERVICE listed below, transmitted using the ECF electronic filing system. The documents listed above was/were electronically served to the following:

Addressed as follows:

John McBride
Christopher E. Platten
Carol L. Koenig
Wylie, McBride, Platten & Renner
2125 Canoas Garden Avenue, Suite 120
San Jose, CA 95125
(408) 979-2920
(408) 979-2934
ckoenig@wmprlaw.com
bsafadi@smprlaw.com
ltodd@wmprlaw.com
cplatten@wmprlaw.com
*Attorneys for Plaintiffs*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. April 26, 2018, at San Jose, California.

Kimberly Ide

CERTIFICATE OF SERVICE

1514979